

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

June 10, 2021

**VIA ECF**
Hon. Judge Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

Re: Sanchez v. NutraMarks, Inc.; Case No: 1:21-cv-03040-JMF

To the Honorable Judge Furman,

The undersigned represents Plaintiff Cristian Sanchez (hereinafter "Plaintiff") in the above-referenced matter.

This Letter is submitted in response to the Court's May 27, 2021, Order directing Plaintiff to move for Default Judgment by June 10, 2021.

Plaintiff is in the process of obtaining a Certificate of Default from the Clerk of the Court as to NutraMarks, Inc. and will promptly be filing its Motion for a Default Judgement in accordance with the Court's Individual Rules.

As such, Plaintiff is requesting an additional 30 days in which to move for Default Judgment if Defendant fails to appear.

Thank you for the consideration of Plaintiff's request.

Respectfully submitted,

/s/ *Joseph H. Mizrahi*
Joseph H. Mizrahi, Esq.

The untimely Application is DENIED.  Per Paragraph 1(E) of the Court's Individual Rules, requests for extensions must normally be made at least 48 hours in advance.  Still, as a courtesy, the Court is willing to grant Plaintiff a one-week extension.  He must make any motion for default judgment no later than **June 17, 2021.**  The deadline for Defendant to oppose any motion is extended to **June 24, 2021**, and the hearing -- currently scheduled for June 23, 2021 -- is rescheduled for **June 30, 2021**, at **4:30 p.m.**  Plaintiff is ORDERED to serve a copy of this Order on Defendant within **two business days** and to file proof service on the docket.  The Clerk of Court is directed to terminate ECF No. 10.

June 11, 2021